___

**SO ORDERED,**



*Judge Jason D. Woodard*

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**In re:**

| | | | |
|---|---|---|---|
| **Randy Lee Holloway, Jr.** | ) | Case No.: | 21-11848-JDW |
| | ) | | |
| **Debtor(s)** | ) | Chapter: | 13 |
| | ) | | |

## ORDER OF DENIAL
## FOR FAILURE TO SUBMIT A PROCEDURAL OR DISPOSITIVE ORDER

The Court having found that the moving party heretofore directed or required to provide a proposed procedural or dispositive order within the time required as to the Objection to Confirmation of the Chapter 13 Plan filed by Creditor OneMain Financial Group, LLC (Dkt# 10), having failed to submit such proposed order as required; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that such Objection to Confirmation of the Chapter 13 Plan filed by Creditor OneMain Financial Group, LLC (Dkt# 10) be and the same is hereby **DENIED**.

##END OF ORDER##