_____

**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **RANDY LEE HOLLOWAY, JR.** | **21-11848-JDW** |

**AGREED ORDER OVERRULING
<u>OBJECTION TO CONFIRMATION (DKT. #29)</u>**

THIS CAUSE came before the Court on the Objection to Confirmation (Dkt. #29) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the Court having been advised that the parties have reached an agreement with respect to the Objection and that they desire to memorialize their agreement in this Agreed Order, the Court finds that the agreement of the parties is appropriate and should be set forth herein. The Court hereby orders as follows:

1. The Objection shall be and is hereby overruled.

2. Within seven (7) days of the entry of this Agreed Order, the Debtor shall file an objection to the Proof of Claim (Clm. #1) of Mississippi Department

of Revenue, failing which this case may be dismissed without further notice or hearing.

3. Section 5.1 of the Second Amended Chapter 13 Plan (Dkt. #25) shall be and is hereby amended to provide for a total distribution of $19,000.00 to nonpriority unsecured creditors with timely-filed and allowed proofs of claim with the Trustee to determine the percentage of distribution.

4. The terms of this Agreed Order shall be applicable to any subsequently filed amended Chapter 13 plans.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645